IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **Canatelo, LLC**<br>    Plaintiff<br><br>       v.<br><br>**Interlogix, Inc., et. al.**<br>    Defendants | Civil No. 12-1432 (DRD) |

## JUDGMENT

Pursuant to Plaintiff's decision to voluntarily dismiss the instant action against co-defendants United Technologies Corporation, UTC Fire & Security Corporation, and UTC Fire & Security Americas Corporation, Inc. (collectively "UTC") (Docket No. 43) after UTC filed a motion to dismiss (Docket No. 22), and after UTC's consent to Plaintiff's request (Docket No. 45), the Court hereby enters a final judgment **DISMISSING WITHOUT PREJUDICE** Plaintiff's causes of action against UTC.

**THIS CASE IS NOW CLOSED FOR ALL ADMINISTRATIVE AND STATISTICAL PURPOSES.**

**IT IS SO ORDERED, ADJUDGED AND DECREED.**

In San Juan, Puerto Rico this 22nd day of October, 2012.


/s/ DANIEL R. DOMINGUEZ
DANIEL R. DOMINGUEZ
U.S. District Judge